# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KIOXIA CORPORATION and KIOXIA AMERICA, INC.,<br><br>Defendant. | Case No. 2-22-cv-01797-KJM-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THIS ACTION PURSUANT TO 28 U.S.C. § 1659 PENDING PARALLEL ITC ACTION**<br><br>Honorable Kimberly J. Mueller<br>Complaint Filed: October 7, 2022 |

## ORDER

Upon consideration of the Parties' Joint Stipulation and under 28 U.S.C. § 1659, it is **HEREBY ORDERED** that this entire action is hereby **STAYED** pending the final resolution of *In the Matter of Certain Semiconductor Devices Having Layered Dummy Fill, Electronic Devices, and Components Thereof*, Inv. No. 337-TA-1342, including any appeals thereof.

**IT IS SO ORDERED.**

DATED: December 30, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

WEST\299016664.2